FILED

JAN 3 1 2018

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 16cr1890-BAS |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| Chasity Brielle Gowdy, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐    the Court has dismissed the case for unnecessary delay; or

☒    the Court has granted the motion of the Government for dismissal, with prejudice; or

☐    the Court has granted the motion of the defendant for a judgment of acquittal; or

☐    a jury has been waived, and the Court has found the defendant not guilty; or

☐    the jury has returned its verdict, finding the defendant not guilty;

☒    of the offense(s) as charged in the Indictment/Information:

21:952, 960 - Importation of Marijuana (Felony)

Dated:   1/30/2018

Hon. William V. Gallo
United States District Judge